UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-1368-ODW (AFMx) | Date | June 4, 2019 |
|---|---|---|---|
| Title | 924 Bel Air Road, LLC v. Zillow Group Inc. et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On April 19, 2019, Defendants moved to dismiss Plaintiff's Complaint in this matter. (Mot., ECF No. 18.)  On May 31, 2019, the Court granted Plaintiff's Application to File a First Amended Complaint, based on the parties' agreement to permit Plaintiff to amend and Defendants' non-opposition to Plaintiff's Application.  (Order Granting Pl. Leave 5, ECF No. 23; Pl.'s Ex Parte Appl., ECF No. 22.)  On June 3, 2019, Plaintiff filed a First Amended Complaint.  (First Am. Compl., ECF No. 24.)  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion (ECF No. 18) is **DENIED** as **MOOT**.  See *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

                                                                                         : 00

Initials of Preparer    SE