# United States District Court
# Central District of California

| | |
|---|---|
| 924 BEL AIR ROAD, LLC, | Case № 2:19-CV-01368-ODW (AFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ZILLOW GROUP, INC.; ZILLOW, INC.; and DOES 1 THROUGH 10, INCLUSIVE | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's First Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

February 18, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**