UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| 924 BEL AIR ROAD, LLC, a California Limited Liability Company,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>ZILLOW GROUP, INC., a Washington Corporation; ZILLOW, INC., a Washington Corporation,<br><br>        Defendants-Appellees,<br><br> and<br><br>DOES, 1 through 10, inclusive,<br><br>        Defendant. | No.   20-55283<br><br>D.C. No. 2:19-cv-01368-ODW-AFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' stipulated motion (Docket Entry No. 26) for voluntary dismissal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as and for the mandate of this court.

                                            FOR THE COURT:
                                            MOLLY C. DWYER
                                            CLERK OF COURT

                                            By: Linda K. King
                                            Deputy Clerk
                                            Ninth Circuit Rule 27-7

LK/Pro Mo